IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01579-WDM-PAC

JERRY L. WILLIAMS,

       Applicant,

v.

AL ESTEP, L.C.F. Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

       Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this 22nd day of June, 2007.

       BY THE COURT:

       s/ Walker D. Miller

       JUDGE, UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO