IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-1579-WDM-PAC

JERRY L. WILLIAMS,

    Applicant,

v.

AL ESTEP, LC.F. Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER ON MOTION TO RECONSIDER AND RENEWED MOTION
## FOR EXTENSION OF TIME

Miller, J.

This matter is before me on the Motion to Reconsider Order Denying Motion for Extension of Time (doc no 32) and a renewed Motion for Extension of Time (doc no 31) filed by Applicant Jerry L. Williams. Applicant previously requested a 30-day extension of time to file his notice of appeal and certificate of appealability (COA) in this matter, which I denied because Applicant had failed to show excusable neglect or good cause for the extension. Applicant requests that I reconsider my order and again seeks an extension of time to file his notice of appeal. For the reasons set forth below, the motions will be denied.

The Federal Rules of Civil Procedure do not provide for motions for reconsideration. In general, the Tenth Circuit construes a motion to reconsider that is filed within ten days after an order or judgment as a motion to alter or amend pursuant to Rule 59(e); a motion

to reconsider filed after ten days is treated as a motion for relief from judgment under Rule 60(b). *Weitz v. Lovelace Health Sys., Inc.*, 214 F.3d 1175, 1178 (10th Cir. 2000). Plaintiff's motion was filed within the ten-day period after my order was entered on June 8, 2007. Accordingly, I construe the motion as one to alter or amend pursuant to Rule 59(e).

A motion to alter or amend a judgment pursuant to Fed. R. Civ. P. 59(e) should be granted only to address (1) an intervening change in the controlling law; (2) new evidence previously unavailable; or (3) the need to correct clear error or prevent manifest injustice. *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Such a motion is not an appropriate vehicle to "advance arguments that could have been raised in prior briefing." *Id.*

Applicant has not satisfied any of these grounds in his request that I reconsider the denial of his extension of time. He argues only that he believed that his COA was complex and that he was twice denied access to the law library in recent weeks. These are issues that could have been raised in the first motion and, even if properly raised, would not be sufficient to show excusable neglect or good cause for an extension. Moreover, I recently

denied Applicant's motion to proceed *in forma pauperis* on appeal and denied his COA; accordingly, granting him an extension of time to file a notice of appeal would be futile.

Accordingly, it is ordered:

1. The Motion to Reconsider Order Denying Motion for Extension of Time (doc no 32) and Motion for Extension of Time (doc no 31) are denied.

DATED at Denver, Colorado, on June 27, 2007.

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge